UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Case No:

| | | |
|---|---|---|
| **Melshay S. Austell,** | ) | |
| | ) | |
| Plaintiff | ) | Jury Trial: __X__ Yes  ___ No |
| | ) | |
| vs. | ) | |
| | ) | |
| **Darrell D. Buckley, United States of America,** | ) | |
| | ) | |
| **Defendants** | ) | |

COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. Section 1332; Diversity of Citizenship)

I. The Parties to This Complaint

    A. The Plaintiff: Melshay S. Austell
        136 Pennington Avenue, Apt. 2
        Trenton, New Jersey 08618
        (609) 638-1658

    B. The Defendants: Darrell D. Buckley
        4288 W 17th Lane
        Yuma, Arizona 85364

        United States of America
        1600 Pennsylvania Avenue NW
        Washington, D.C. 20500

II. Basis for Jurisdiction

    A. **The Plaintiff,** Melshay S. Austell, is a citizen of the State of New Jersey.

    B. **The Defendant,** Darrell D. Buckley, is a citizen of the State of Arizona.

        **The Defendant,** United States of America, is incorporated under the laws of the United States of America.

III. Basis for Claim

On or about December 17, 2015, the defendant Darrell D. Buckley, was the operator of a vehicle owned by the United State Government, which was involved in a motor vehicle accident wherein the defendant's vehicle struck a vehicle owned and operated by the plaintiff Melshay Austell, causing her to sustain serious injuries and property damage.

### IV.  Relief

The injuries sustained by plaintiff were severe and permanently, and will continue to impair the use and function of her lumbosacral spine, and will continue to compromise her ability to perform daily activities.

### V.  Certification and Closing.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint:  (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements or Rule 11.

Dated:  12/12/17

_____
Edward S. Kahn, Esq.

Edward S. Kahn Law Offices, LLC
140 Franklin Corner Road
Lawrenceville, New Jersey 08648
(609) 895-1190
edkahn@verizon.net & stevens-cat@msn.com