CRAIG CARPENITO
United States Attorney
FRANCES C. BAJADA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone (973) 297-2038

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MELSHAY AUSTELL, | Honorable Peter G. Sheridan |
| Plaintiff, | Civil Action No. 17-13107(PGS)(LHG) |
| v. | **STIPULATION AND** |
| THE UNITED STATES OF AMERICA, | **ORDER OF DISMISSAL** |
| Defendant. | |

  WHEREAS, Plaintiff Melshay Austell (the "Plaintiff") and Defendant United States of America (collectively, "the Parties") have amicably resolved all of the Plaintiff's claims against the United States of America, its agents, servants and employees in the above-captioned action;

  **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, by their respective counsel, that all of the Plaintiff's claims against the United States of America, its agents, servants and employees in the above-captioned action are dismissed with prejudice and without costs, attorney's fees, expenses or disbursements to any party.

Dated:  Lawrenceville, New Jersey
        August 7, 2018

*Edward S. Kahn*
EDWARD S. KAHN, ESQ.
For the Plaintiff

Dated:  Newark, New Jersey
        August 29, 2018

CRAIG CARPENITO
United States Attorney

By: *J. Bajada*
FRANCES C. BAJADA
Assistant United States Attorney
For the United States of America

**IT IS SO ORDERED:**

Dated: 9/4, 2018

_____
HONORABLE PETER G. SHERIDAN
United States District Judge

2